# FISHMAN ꜰᴍ McINTYRE

FISHMAN McINTYRE LEVINE SAMANSKY P.C.
ATTORNEYS AT LAW

44 WALL STREET – 12ᵗʰ Floor
NEW YORK, NEW YORK 10005
Telephone (212) 461-7190
Fax (845) 369-0673

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
DONALD M. GARSON >
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <

JANE ANN E. WHITCHURCH >
ANN MARIE F. KANE*
HEATHER M. RAGO*
PETER J. MURANO, III*
DANIELLE J. REISS ^

NEW JERSEY OFFICE
120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Tel (973)560-9000
Fax (973)560-0600

> NJ BAR
< NY BAR
**NJ & DC BARS
* NJ & NY BARS
+ Certified Civil Trial Attorney

October 27, 2015

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Maria Oliveri v. Target Corporation, et al
      Civil Case No.: 7: 14-cv-01022
      Our File No.: TARN-76-ML

Dear Judge Briccetti:

Please be advised this firm represents the Defendant, Target Corporation, in connection with the above.

Please be advised that the parties have reached a settlement with respect to this matter. The parties are in the midst of exchanging documentation to finalize the same.

There is a final pre-trial conference scheduled before Your Honor on November 2, 2015 at 11:30 am. However, in light of the settlement, the parties respectfully suggest that the court either adjourn the final pre-trial conference or mark the matter as dismissed without prejudice, subject to either party moving to restore the action should a stipulation of dismissal with prejudice not be filed within 30 days.

Plaintiff's counsel consents to this application.

Thank you very much.

Respectfully yours,

Mitchell B. Levine
mitch@fishmanmcintyre.com

MBL:vt
cc:   Thomas E. Gorman, Esq. *Via ECF Filing*