USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA OLIVERI and ROCCO OLIVERI,
              Plaintiffs,

v.

TARGET CORPORATION,
              Defendant.
------------------------------------------------------------x

**ORDER**

14 CV 1022 (VB)

      The Court has been informed that the parties have reached a settlement agreement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by November 27, 2015.

      The conference scheduled for November 2, 2015, is canceled.

Dated: October 28, 2015
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge